# Court of Appeals
# of the State of Georgia

ATLANTA,  December 06, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0510.  MILLS v. THE STATE.**

This appeal was docketed on October 11, 2024. On November 7, 2024, with no initial brief having been filed, this Court ordered appellant Mills to file by November 18. As of December 5, 2024, however, Mills had neither filed a brief nor moved for an extension to do so.

As our earlier order noted, a failure to file a brief after being ordered to do so by this Court subjects this appeal to dismissal "instanter and without further notice." No justifiable reason having been given or appearing from the record for Mills's failure to file his initial brief, this appeal is hereby DISMISSED. Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/06/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*